```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19120
   KENNETH S BOWDEN
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6955


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/16/07 .

   2.  The case was dismissed without confirmation, 01/11/2008.

------------------------------------------------------------------------------
                                                                     PRINCIPAL
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST    PAID
                                                          PAID
------------------------------------------------------------------------------
MID AMERICA BANK           CURRENT MORTG           .00         .00         .00
MID AMERICA BANK           MORTGAGE ARRE NOT FILED             .00         .00
CITIFINANCIAL              SECURED                 .00         .00         .00
CITIFINANCIAL              MORTGAGE ARRE NOT FILED             .00         .00
COTTONWOOD FINANCIAL LTD   UNSECURED     NOT FILED             .00         .00
ORCHARD BANK               UNSECURED     NOT FILED             .00         .00
        Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED     PRIORITY   UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00         .00         .00          .00
PRINCIPAL PAID         .00          .00         .00         .00          .00
INTEREST PAID          .00          .00         .00         .00          .00
TOTAL PAID             .00          .00         .00         .00          .00
The Debtor's attorney, PATRICK A MESZAROS            , was allowed $  3500.00
and was paid $    550.00   direct and $       .00   through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 04/16/08                   /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 07 B 19120 KENNETH S BOWDEN
```